# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CITY OF PHILADELPHIA,

          Respondent

          v.

STEVE A. FREMPONG,

          Petitioner

: No. 79 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.